790 A.2d 313

COMMONWEALTH of Pennsylvania, Appellee,

v.

Kenneth Earl ROUDYBUSH, Appellant.

Supreme Court of Pennsylvania.

Submitted July 11, 2001.

Decided Feb. 22, 2002.

### *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of February, 2002, the Order of the Superior Court is **reversed.** *See Commonwealth v. Gleason,* 785 A.2d 983 (Pa.2001).

Justice EAKIN did not participate in the consideration or decision of this case.

Justice SAYLOR dissents.